**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LACYRA HENDERSON, on behalf of herself and others similarly situated, | CASE NO. 1:19-CV-02766-SO |
| Plaintiff, | JUDGE SOLOMON OLIVER JR. |
| vs. | |
| A-1 HEALTH CARE, INC., ET AL. | **RULE 41(a) STIPULATION OF** |
| Defendants. | **DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., to the dismissal of this matter in its entirety with prejudice. Each party will bear her, his, or its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Christopher J. Lalak* | /s/ *Yelena G. Katz* (per email consent) |
| Christopher J. Lalak (0090079) | Joseph N. Gross (0056241) |
| Nilges Draher, LLC | Yelena G. Katz (0092130) |
| 614 W. Superior Avenue, #1148 | Benesch, Friedlander, Coplan & Aronoff LLP |
| Cleveland, OH 44113 | 200 Public Square, Suite 2300 |
| T: 216-230-2955 | Cleveland, OH 44114-2378 |
| E: clalak@ohlaborlaw.com | T: 216.363.4500 |
| | F: 216.363.4588 |
| Hans A. Nilges (0076017) | E: jgross@beneschlaw.com |
| Shannon M. Draher (0074304) |    ykatz@beneschlaw.com |
| 7266 Portage St., N.W., Suite D | |
| Massillon, Ohio 44646 | |
| T: 330-470-4428 | |
| E: hans@ohlaborlaw.com | |
|    sdraher@ohlaborlaw.com | |
| | |
| *Attorneys for Plaintiff Lacyra Henderson* | *Attorneys for Defendants A-1 Health Care, Inc., A-1 Nursing Care of Cleveland, and Vijay Patel* |